IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:23CR161-1
:
KALA PAUL ROUNDS :

The Grand Jury charges:

COUNT ONE

On or about the April 12, 2023, in the County of Guilford, in the Middle District of North Carolina, KALA PAUL ROUNDS, in connection with the acquisition of a firearm, that is, a Taurus 40 caliber handgun, from a federally licensed dealer in firearms, that is, Gate City Pawn LLC, 3800 W. Gate City Boulevard, Greensboro, North Carolina, knowingly made a false and fictitious statement likely to deceive such dealer with respect to facts material to the lawfulness of the sale and other disposition of such firearm, pursuant to Chapter 44, Title 18, United States Code; in that KALA PAUL ROUNDS certified on an ATF Form 4473, Firearms Transaction Record, in response to question 11a: "Are you the actual transferee/buyer of the firearm(s) listed on this form?" to which he provided the answer of "Yes," when in truth and in fact, as KALA PAUL ROUNDS then well knew, he was purchasing the firearm for

a third party; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

DATED: April 24, 2023

SANDRA J. HAIRSTON
United States Attorney

*[signature: Nicole R. Du Pre by S]*
BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

FOREPERSON